```
                    United States Bankruptcy Court
                     Middle District of Pennsylvania
```

```
In re:                                               Case No. 12-04230-MDF
Joe R. Wells                                         Chapter 13
Carollynn L. Wells
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: MMchugh        Page 1 of 1           Date Rcvd: Nov 16, 2016
                            Form ID: fnldec       Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
db/jdb        +Joe R. Wells,   Carollynn L. Wells,   131 Fawn Hill Road,   Hanover, PA 17331-8225
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                TOTAL: 0
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
            Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
            Joshua I Goldman    on behalf of Creditor   The Bank of New York Mellon, et al...
             bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Lawrence V. Young    on behalf of Creditor   Bituminous Paving Material, Inc. lyoung@cgalaw.com,
             tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
             m;kbrayboy@cgalaw.com
            Matthew Christian Waldt    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New
             York as Trustee mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
            Michael R Caum    on behalf of Debtor Joe R. Wells mikecaumesq@comcast.net
            Michael R Caum    on behalf of Joint Debtor Carollynn L. Wells mikecaumesq@comcast.net
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                 TOTAL: 7
```

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Joe R. Wells<br>131 Fawn Hill Road<br>Hanover, PA 17331 | Chapter 13<br>Case No. 1:12−bk−04230−MDF |
| Carollynn L. Wells<br>131 Fawn Hill Road<br>Hanover, PA 17331 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−3747
xxx−xx−8242

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 16, 2016

By the Court,

*Mary D. France*

Honorable Mary D. France
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk