**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joe R. Wells and Carollynn L. Wells <br> <u>Debtor(s)</u> | BKY. NO. 12-04230 MDF <br><br> CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-20, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-20, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7303

                                                   Respectfully submitted,

                                                 **/s/ Thomas Puleo**
                                                 Thomas Puleo, Esquire
                                                 James C. Warmbrodt, Esquire
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 825-6306  FAX (215) 825-6406
                                                 Attorney for Movant/Applicant